IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

BARRY LONG,

Plaintiffs,

vs.

MEGASEATS LLC,

Defendant.

No.  2:25-cv-02030-TL

**NOTICE OF DISMISSAL PURSUANT TO RULE 41**

### NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO RULE 41(a)(1)(A)(i)

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff Barry Long and his counsel hereby give notice that the above-captioned action is voluntarily dismissed with prejudice pursuant to a settlement agreement between the parties. Defendant has formally appeared in this case and has not served either an answer or a motion for summary judgment. Accordingly, this matter may be dismissed without an Order of the Court.

DATED this 25th day of February, 2026.

Notice Of Dismissal Pursuant To Rule 41 - 1

Case No. 2:25-cv-02030-TL

WASHINGTON CIVIL & DISABILITY ADVOCATE
4115 Roosevelt Way NE, Suite B
Seattle, WA 98105
(206) 428-3172

Respectfully submitted,

**WASHINGTON CIVIL AND DISABILITY ADVOCATE**

<u>/s/ *Conrad Reynoldson*</u>
Conrad Reynoldson
WSBA #48187
4115 Roosevelt Way NE, Suite B
Seattle, WA 98105
(206) 876-8515
Conrad@wacda.com

<u>/s/ *Dustine Bowker*</u>
Dustine Bowker
WSBA #63263
4115 Roosevelt Way NE, Suite B
Seattle, WA 98105
(206) 428-3172
Dustine@wacda.com

*Attorneys for Plaintiffs*

Notice Of Dismissal Pursuant To Rule 41 - 2

Case No. 2:25-cv-02030-TL

WASHINGTON CIVIL & DISABILITY ADVOCATE
4115 Roosevelt Way NE, Suite B
Seattle, WA 98105
(206) 428-3172

## CERTIFICATE OF SERVICE

I hereby certify that on February 25, 2026, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such to all parties of record, and additionally sent a true and correct copy to the counsel for Defendant MegaSeats LLC, who had not formally appeared in this case, via email to:

William J. Egan
wegan@rc.com
Robinson & Cole LLP
53 State Street, 32nd Floor
Boston, MA 02109
617.557.5945

/s/ *Conrad Reynoldson*
Conrad Reynoldson
*Attorney for Plaintiff*

Notice Of Dismissal Pursuant To Rule 41 - 3

Case No. 2:25-cv-02030-TL

WASHINGTON CIVIL & DISABILITY ADVOCATE
4115 Roosevelt Way NE, Suite B
Seattle, WA 98105
(206) 428-3172